

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

MAKINI JACKSON,

    Plaintiff,

vs.

GENESEE COUNTY ROAD COMMISSION,

    Defendant.

Case No. 2:18-cv-11199
Hon. Bernard A. Friedman
Mag. Judge Jonathan J.C. Grey

_____/

## JURY VERDICT FORM

1) Did Plaintiff Makini Jackson prove by a preponderance of the evidence that she was terminated by Defendant Genesee County Road Commission in retaliation for investigating other employees' claims of discrimination?

   ___Yes      _X_No

   *Go to Question No. 2.*

2) Did Plaintiff Makini Jackson prove by a preponderance of the evidence that she was terminated by Defendant Genesee County Road Commission in retaliation for enforcing EEOP requirements?

   _X_Yes      ___No

   *If you answered "Yes" to Question No. 1 and/or Question No. 2, go to Question No. 3.*

   *If you answered "No" to both Question No. 1 and Question No. 2, there are no further questions to answer. This is your verdict.*

1

3) Did Plaintiff Makini Jackson prove by a preponderance of the evidence that the legitimate, non-discriminatory reasons that Defendant Genesee County Road Commission has given for her termination were not the real reason she was terminated?

   X Yes       ___No

   *If you answered "Yes" to Question No. 3, go to Question No. 4.*

   *If you answered "No" to Question No. 3, there are no further questions to answer. This is your verdict.*

4) Did Plaintiff Makini Jackson prove by a preponderance of the evidence that the Genesee County Road Commission did not have a legitimate non-discriminatory reason to terminate her employment?

   X Yes       ___No

   *If you answered "Yes" to Question No. 4, go to Question No. 5.*

   *If you answered "No" to Question No. 4, there are no further questions to answer. This is your verdict.*

5) Did Plaintiff establish that her termination by Defendant Genesee County Road Commission caused her to suffer damages?

   X Yes       ___No

   *If you answered "Yes" to Question No. 5, go to Question No. 6.*

   *If you answered "No" to Question No. 6, there are no further questions to answer. This your verdict.*

6) What is the amount of damage suffered by Plaintiff Makini Jackson?

   $ 93,000.00

Once you have answered this question, there no further questions to answer. This is your verdict.

**S/JURY FOREPERSON**
**In complaince with the Privacy Policy**
**Adoppted by the Judicial Conference,**
**the verdict form with the original signature**
**has been filed under seal.**

2/3/23
Date

3