UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAKINI JACKSON,

       Plaintiff,                    Civil Action No. 18-cv-11199
                                           HON. BERNARD A. FRIEDMAN

vs.

GENESEE COUNTY ROAD COMMISSION,

       Defendant,
_____/

## **JUDGMENT**

Pursuant to a jury verdict reached on February 3, 2023,

IT IS ORDERED AND ADJUDGED that judgment be and hereby is granted for plaintiff and against defendant in the amount of $93,000.00. Costs to be permitted in accordance with law.

                                                   KINIKIA D. ESSIX
                                                   CLERK OF COURT

                                                   By: <u>Johnetta M. Curry-Williams</u>
                                                          Deputy Clerk

Approved: <u>s/Bernard A. Friedman</u>
            BERNARD A. FRIEDMAN
            SENIOR U.S. DISTRICT JUDGE

Dated:  February 6, 2023