UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAKINI JACKSON,

       Plaintiff,                      Case No. 18-cv-11199
                                            HON. BERNARD A. FRIEDMAN

vs.

GENESEE COUNTY
ROAD COMMISSION,

       Defendant.

_____/

## TRIAL NOTICE AND ORDER

To All Counsel and Parties:

    Be advised that the new trial in this matter will commence with jury selection on **Tuesday, July 11, 2023, at 9:00 a.m.,** at the Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Courtroom 110, Detroit, Michigan.

    A final pretrial conference will be held in the same location on **Tuesday, June 27, 2023, at 11:00 a.m.**

    The parties' proposed joint final pretrial order, as well as any proposed voir dire questions, are due by **Tuesday, June 20, 2023**. A joint (stipulated) set of jury instructions and a joint (stipulated) jury verdict form are also due by **Tuesday, June 20, 2023**. If any specific instructions or aspects of the verdict form are

disputed, each side is to present its requested version along with supporting authority.

The parties are required to inform the Court of any settlement or anticipated trial delay by **Wednesday, July 5, 2023**.  The expense to the United States of bringing jurors to the courthouse for a trial may be assessed to one or more of the parties or counsel if the jury trial is not begun as scheduled or the jurors are not used for that trial for any reason attributable to the parties or counsel.  *See* E.D. Mich. LR 38.2.

All trial exhibits must be marked (*e.g.*, P-1, P-2, etc.; D-1, D-2, etc.; *or* J-1, J-2, etc.) in advance of trial and each side must exchange its exhibit books, as well as any demonstrative exhibits, with each other no later than one week before trial. Additionally, each side must provide the Court with two copies of its exhibit book (one for the Court and one for the Court's clerks).

The parties are advised to consult the Court's previous amended scheduling order, (ECF No. 38, PageID.797-803), for additional information and requirements.  Any dates or instructions contained in this Trial Notice supersede any conflicting dates or instructions in (ECF No. 38).

**SO ORDERED.**

                                              s/Bernard A. Friedman
                                              Hon. Bernard A. Friedman
Dated: June 2, 2023                  Senior United States District Judge
      Detroit, Michigan